# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THERESA STEINMETZ,**

        **Plaintiff,**

**-vs-**                                               **Case No.  6:12-cv-1741-Orl-28GJK**

**VIEIRA FUNERAL HOMES, LLC f/k/a Beach Funeral Home, Inc., MANNY VIEIRA,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Defendant Vieira Funeral Homes, LLC's Motion to Tax Costs (Doc. No. 40) filed February 4, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 16, 2014 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Vieira Funeral Homes, LLC's Motion to Tax Costs (Doc. No. 40) is **GRANTED in part** and **DENIED in part**.  The Motion is **GRANTED** to the extent that costs are awarded in favor of Defendant Vieira Funeral Homes, LLC in the amount of $606.84; the Motion is otherwise **DENIED.**

3. The Clerk of the Court is directed to tax costs in favor of Vieira Funeral Homes, LLC in the amount of $606.84.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of June, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record